FILED

07 JUL 27 AM 9: 23

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____
                        DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L3 Communications Titan Corporation, a Delaware Corporation, | Case No. 07 CV 1097 BEN LSP |
| Plaintiff, | **ORDER GRANTING JOINT MOTION REGARDING DEFENDANT'S RESPONSE TO COMPLAINT AND REQUEST TO SET EARLY NEUTRAL EVALUATION CONFERENCE** |
| v. | |
| Ktech Corporation, a New Mexico Corporation, | |
| Defendant. | Judge:   Hon. Roger T. Benitez |

Having reviewed the parties Joint Motion Regarding Defendant's Response to Complaint and Request to Set Early Neutral Evaluation Conference, and for GOOD CAUSE APPEARING:

IT IS HEREBY ORDERED that Defendant be permitted an additional 30 days to respond to the Complaint filed by the Plaintiff in this case. Defendant's response to Plaintiff's Complaint is now due on or before August 17, 2007.

IT IS FURTHER ORDERED that the parties be permitted to engage in an Early Neutral Evaluation conference before Magistrate Papas on or around September 16, 2007, at a date and time convenient for the magistrate judge.

/ / /

/ / /

/ / /

1                          CASE NO.  07 CV 1097 BEN LSP

IT IS SO ORDERED.

Dated: _____, 2007

Roger T. Benitez
United States District Judge

101023226.1

CASE NO. 07 CV 1097 BEN LSP